IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:04CV553

| | |
|---|---|
| STRATEGOS PROFESSIONAL SERVICES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| FEDERAL EXPRESS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The foregoing Stipulation of Dismissal by All Parties Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure is hereby approved and ordered filed.

**IT IS SO ORDERED**, this the 23rd day of June, 2005.

Carl Horn, III
Honorable U.S. Magistrate Judge Presiding